UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

LAVELLE SEARCY, *et al.*,

        Plaintiffs,        Civil Action No.: 10-11242
                                Honorable Denise Page Hood
v.                               Magistrate Judge Elizabeth A. Stafford

MACOMB COUNTY JAIL,
*et al.*,

        Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER [267]

On March 30, 2015, plaintiff Lavelle Searcy filed a response to Defendant's answer to his complaint. [267]. However, under the Federal Rules of Civil Procedure, a response to an answer is "allowed" only "if the court orders one." Fed. R. Civ. P. 7(a)(7). The Court did not order Searcy to respond to Defendant's affirmative defenses. Therefore, the Court **STRIKES** Searcy's response to Defendant's answer. **[267].**

**IT IS SO ORDERED.**

Dated: March 31, 2015                s/Elizabeth A. Stafford
Detroit, Michigan                    ELIZABETH A. STAFFORD
                                        United States Magistrate Judge

## **NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 31, 2015.

> s/Marlena Williams
> MARLENA WILLIAMS
> Case Manager