UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

LAVELLE SEARCY, *et al.*,
    Plaintiffs,

v.

MACOMB COUNTY JAIL,
*et al.*,

    Defendants.
_____/

Civil Action No.: 10-11242
Honorable Denise Page Hood
Magistrate Judge Elizabeth A. Stafford

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT [R. 276]

Plaintiff Lavelle Searcy, a prisoner proceeding *pro se*, moved this Court for an order compelling Defendants to tender discovery responses that Searcy had not timely received. Defendants responded stating that they had already sent some of the requested responses, and sent the remainder shortly after the motion was filed. [R. 280]. Searcy does not rebut this assertion. Because it appears that the discovery in question has been tendered, Searcy's motion to compel **[R. 276]** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: August 27, 2015
Detroit, Michigan

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## **NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 27, 2015.

                         s/Marlena Williams
                         MARLENA WILLIAMS
                         Case Manager